UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH A. BROWN, | : | |
| **Plaintiff** | : : | |
| | : | No. 1:17-CV-01876 |
| vs. | : : | (Judge Rambo) |
| MATT EDINGER, et al., | : : | |
| **Defendants** | : | |

# ORDER

**AND NOW**, this 4th day of December, 2017, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motions to proceed in forma pauperis (Doc. No. 6 and 8), are **DENIED**;

2. Plaintiff's complaint (Doc. No. 1) is **DISMISSED without prejudice** pursuant to the three-strikes provision, 28 U.S.C. § 1915(g);

3. Plaintiff's motion to file "Bivens/Supplement" (Doc. No. 2) and motion to "Add & Amend Supplement Complaint" (Doc. No. 3) are **DENIED as moot**; and

4. The Clerk of Court shall **CLOSE** this case.

                                         s/Sylvia H. Rambo
                                         SYLVIA H. RAMBO
                                         United States District Judge